# TABLE OF CONTENTS

CORPORATE DISCLOSURE STATEMENT ........................................................i

INTRODUCTION ...................................................................................................1

JURISDICTIONAL STATEMENT ........................................................................2

STATEMENT OF THE CASE................................................................................3

STANDARD OF REVIEW .....................................................................................6

SUMMARY OF ARGUMENT ...............................................................................6

ARGUMENT ...........................................................................................................7

    A.    The Bankruptcy Court did not commit any error in determining that Appellants' causes of action were barred by issue preclusion ..................................................7

        i.    There is an identity of claims between the two disputes...........................................................................8

        ii.    HTI's purchase of SIC's interest in License 372 was actually litigated. ............................................10

        iii.    Appellants had a full and fair opportunity to litigate. .....11

        iv.    The transfer of SIC's interest in License 372 through the Sales was necessarily decided ....................................12

        v.    The privity requirement is satisfied ...................................13

    B.    Appellants' causes of action fail under Rule 12(b)(6)........................14

        i.    The first three causes of action in the First Amended Complaint fail to state a claim in light of the prior Sale Orders and the Final Enforcement Order .................14

        ii.    The fourth cause of action lacks a cognizable legal theory ........................................................................15

        iii.    The request for declaratory relief was properly dismissed.............................................................19

    C.    Appellants' arguments challenging the Final Enforcement Order are properly addressed in their appeals of that order...........................23

CONCLUSION ......................................................................................................25