# TABLE OF AUTHORITIES

Page(s)

**Cases**

*Ace Quality Farm Prod., LLC v. Hanh*,
    136 Haw. 373, 362 P.3d 806 (Ct. App. 2015) ...............................................15, 16

*Appropriate Framework for Broadband Access
    to the Internet Over Wireline Facilities*,
    20 F.C.C.R. 14853 (2005) ....................................................................................23

*Ashcroft v. Iqbal*,
    556 U.S. 662 (2009) ...............................................................................................6

*Business Data Services in an Internet Protocol Environment*,
    32 F.C.C.R. 3459 (2017) ......................................................................................23

*Dodd v. Hood River Cnty.*,
    136 F.3d 1219 (9th Cir. 1998) .............................................................................12

*Fireman's Fund Ins. Co. v. Ignacio*,
    860 F.2d 353 (9th Cir. 1988) ......................................................................... 19-20

*Flores v. San Diego Cnty.*,
    206 F.3d 845 (9th Cir. 2000) ...............................................................................14

*In re Gottheiner*,
    703 F.2d 1136 (9th Cir. 1983) .......................................................................10, 13

*Harris v. Cnty. of Orange*,
    682 F.3d 1126 (9th Cir. 2012) ...............................................................................8

*Indus. Pro. & Tech. Workers Int'l Union, SIUNA AFL-CIO v.
    Worldtec Grp. Int'l*,
    25 F. App'x 525 (9th Cir. 2001) ............................................................................8

*In re Kalikow*,
    602 F.3d 82 (2d Cir. 2010) ..................................................................................12

*In re Lazy Days' RV Ctr. Inc.*,
    724 F.3d 418 (3d Cir. 2013) ................................................................................12

*Maciel v. Comm'r*,
  489 F.3d 1018 (9th Cir. 2007) ............................................................................. 11

*Meridian Mortg., Inc. v. First Hawaiian Bank*,
  109 Haw. 35, 122 P.3d 1133 (Ct. App. 2005) ..................................................... 15

*Oyeniran v. Holder*,
  672 F.3d 800 (9th Cir. 2012), *as amended* (May 3, 2012) .................................. 8

*Papa v. United States*,
  281 F.3d 1004 (9th Cir. 2002) ............................................................................. 14

*In re Ritchie Risk-Linked Strategies Trading (Ireland), Ltd.*,
  471 B.R. 331 (Bankr. S.D.N.Y. 2012) .................................................................. 12

*Robi v. Five Platters, Inc.*,
  838 F.2d 318 (9th Cir. 1988) ............................................................................ 7-8

*SBC Communications v. FCC*,
  138 F.3d 410 (D.C. Cir. 1998) .............................................................................22

*Stone v. Travelers Corp.*,
  58 F.3d 434 (9th Cir. 1995) .................................................................................. 6

*United States v. ITT Rayonier, Inc.*,
  627 F.2d 996 (9th Cir. 1980) ............................................................................... 13

*In re WorldCorp, Inc.*,
  252 B.R. 890 (Bankr. D. Del. 2000) .................................................................... 12

**Statutes**

11 U.S.C. 363 ............................................................................................................ 1, 20

28 U.S.C. § 158 ................................................................................................................ 2

28 U.S.C. § 1334 .............................................................................................................. 2

47 U.S.C. § 153(50) ........................................................................................................ 22

## Other Authorities

18 C. Wright, A. Miller & E. Cooper, FEDERAL PRACTICE &
    PROCEDURE: JURISDICTION § 4433.........................................................................8

Fed. R. Civ. P. 12(b)(6)..............................................................................5, 14, 20